WILMAR, INCORPORATED v. HENRY M. ANDERSON, JR.

No. 7126SC621

(Filed 15 December 1971)

APPEAL by defendant from *Fountain, Judge,* 10 May 1971 Session, MECKLENBURG Superior Court.

This is an action seeking to enforce by injunction a covenant not to compete entered into between defendant as employee and plaintiff as employer.

*Grier, Parker, Poe, Thompson, Bernstein, Gage and Preston, by Mark R. Bernstein, Sydnor Thompson and W. Samuel Woodard, for plaintiff appellee.*

*McElwee and Hall, by John E. Hall, and W. G. Mitchell for defendant appellant.*

MORRIS, Judge.

The questions raised by this appeal are identical to those raised in *Wilmar, Incorporated v. Liles and Wilmar, Incorporated v. Polk,* 13 N.C. App. 71 (1971). The facts vary only in the type of employment defendant had with plaintiff and the type of employment with plaintiff's competitor. This variance in facts is of no significance in the application of the principles of law discussed in *Wilmar, Incorporated v. Liles and Wilmar, Incorporated v. Polk, supra.* The principles are equally applicable here.

For the reasons stated in *Wilmar, Incorporated v. Liles and Wilmar, Incorporated v. Polk,* the judgment of the trial tribunal must be

Reversed.

Judges BRITT and PARKER concur.